UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS J. ALSTON,<br>          Plaintiff, | CASE NO. 1:23-cv-00936-TJK |
| vs. | |
| FACTORTRUST, INC.; AWL, INC.;<br>NISWI; and MAKES CENTS, INC.;<br>          Defendants. | |

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT FACTORTRUST, INC., ONLY

Plaintiff Thomas J. Alston ("Plaintiff"), *pro se*, and Defendant FactorTrust, Inc., ("FactorTrust"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against FactorTrust only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: April 9, 2024

*Thomas Alston*
Thomas J. Alston
10012 Cedarhollow Lane
Largo, MD 20774

*Pro Se Plaintiff*

Date:  4/9/2023                             /s/
                                            E. Regine Francois Williams, Esq.
                                            (DC Bar ID #982637)
                                            Francois Williams Legal, LLC
                                            9701 Apollo Drive, Ste. 301
                                            Largo, MD  20774
                                            Telephone: (301) 358-0377
                                            E-Mail:  rfrancois@flegalgroup.com

                                            *Counsel for Defendant FactorTrust, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the ____9th day of April, 2023.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the ____9th___ day of April, 2023, properly addressed as follows:

| **Pro Se Plaintiff**<br>Thomas J. Alston<br>10012 Cedarhollow Lane<br>Largo, MD 20774 | |
|---|---|

/s/_____
E. Regine Francois Williams, Esq.